IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:     CASE NO. 10-30742-DHW

**WILLIE LEE ROGERS,**

CHAPTER 13

    **Debtor(s).**

### TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325 objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Court on March 24, 2010.

2. The debtor(s) §341 Meeting of Creditors was held on May 6, 2010.

3. Confirmation is scheduled for June 7, 2010.

4. The debtor testified at the Meeting of Creditors that he owed two ongoing child support obligations as well as arrearage.

5. The debtor was to amend his plan to make provisions for the child support arrearage. To date, no amendments have been filed.

6. The debtor testified, at the meeting of creditors, that his post-petition domestic support obligations were not current.

7. The debtor was to provide proof that the post petition domestic support obligation was brought current and to submit an affidavit to the Trustee that his post-petition domestic support obligations were current. To date, no affidavit has been received.

WHEREFORE, the above premises considered, the Trustee does not recommend confirmation of this plan in that the debtor(s) has failed to make provisions for child support arrearage and is not current with his post petition obligation.

Respectfully submitted June 1, 2010.

Curtis C. Reding
                                        Standing Chapter 13 Trustee


                            By:     /s/   Tina J. Hayes
                                    Tina J. Hayes            (HAY049)
                                    Staff Attorney


Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone:  334-262-8371
Fax:  334-264-6127
Email:  hayest@ch13mdal.com


## CERTIFICATE OF SERVICE

I, Tina J. Hayes, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, on June 1, 2010.

                                        /s/   Tina J. Hayes
                                        Tina J. Hayes

Willie Lee Rogers, Jr.
906 Brookland Curve
Montgomery, AL  36117


Richard D. Shinbaum (electronic filing)